Gordon **PEKRUL**, Petitioner–
Appellant,

v.

Paul K. **CHARLTON**, Respondent–
Appellee.

No. 06–16032.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

Gordon Pekrul, Scottsdale, AZ, pro se.

Richard G. Patrick, AUSA, Office of the U.S. Attorney, Phoenix, AZ, for Respondent–Appellee.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Gordon Pekrul appeals pro se from the district court's judgment dismissing his action for failure to state a claim. We have jurisdiction under 28 U.S.C. § 1291. We review a dismissal for failure to state a claim de novo, *Cholla Ready Mix, Inc. v. Civish,* 382 F.3d 969, 973 (9th Cir.2004), and we affirm.

Pekrul provided no authority to support his theory that a private individual has a constitutional right to appear before a grand jury absent approval of the federal prosecutor's office. *Cf. Charge to Grand Jury,* 30 F.Cas. 992, 994 (C.C.Cal.1872) (No. 18,255) (instructing grand jurors not to allow private individuals to present accusations). Nor did Pekrul point to a statutory or common law source for the claimed right. Therefore the district court did not err when it dismissed his action for failure to state a claim.

Pekrul's contention that he has a right to the district court's reason for its decision is incorrect. Under Fed.R.Civ.P. 52(a), "[f]indings of fact and conclusions of law are unnecessary on decisions of motions under Rule 12." *See Barton v. U.S. Dist. Court for Cent. Dist. of Cal.,* 410 F.3d 1104, 1109 (9th Cir.2005) (affirming Fed.R.Civ.P. 52(a) requirements).

Pekrul's remaining contentions also lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3. We deny Pekrul's request for publication.